# First District Court of Appeal
## State of Florida

_____

No. 1D18-4107
_____

WENDY SUE CARTER, Former
Wife,

     Appellant,

     v.

JASPER JAMES CARTER, Former
Husband,

     Appellee.

_____

On appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

May 22, 2019

PER CURIAM.

     AFFIRMED.

WETHERELL, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Caleb D. Rowland of Rowland Law, LLC, Jacksonville, for Appellant.

Jasper James Carter, pro se, Appellee.